IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             No. 4:10-CR-00003-01-BRW

JOHNNY EDGAR DAVIS

## ORDER

Pending is Defendant's unopposed[1] "Motion for Expert to See Defendant and Lonoke County Jail" (Doc. No. 135). The Motion is GRANTED.

Accordingly, the Lonoke County Jail is directed to allow Dr. Natalie Brush-Strode to visit with Defendant at the jail and to allow the visit take place during non-business hours.

IT IS SO ORDERED this 9th day of December, 2013.

        /s/ Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 136.